RECEIVED
IN LAKE CHARLES, LA
OCT - 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana, Lake Charles Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> V. <br> ELIZABETH MARGARET CHILDS <br> SEE ATTACHED PAGE FOR ALIASES | **AMENDED JUDGMENT IN A CRIMINAL CASE** <br><br> Case Number: 2:05-CR-20016-001 <br><br> USM Number: 11810-078 |
| Date of Original Judgment: August 22, 2005 <br> (or Date of Last Amended Judgment) | Wayne J. Blanchard <br> Defendant's Attorney |

**Reason for Amendment:**
**Reduction of Sentence: Fifth Circuit Mandate**

## THE DEFENDANT:

[✓] pleaded guilty to count(s): 9 of the Indictment
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) | Date Offense Concluded |
|---|---|---|---|
| 18 USC § 1344 | Bank Fraud | 9 | 08/19/2004 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[✓] Count(s) 1,2,3,4,5,6,7,8,10,11,12,13,14,15,16,17,18,19,20,21,22,and 23 of the Indictment    [ ] is [✓] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material change in the defendant's economic circumstances.

August 22, 2005 amended *September 27, 2006
Date of Imposition of Judgment

*Signature of Judicial Officer*

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

10/4/06
Date

COPY SENT:
DATE: 10-4-06
BY: ___
TO: ___
USP-LC-1

DEFENDANT:    ELIZABETH MARGARET CHILDS
SEE ATTACHED PAGE FOR ALIASES
CASE NUMBER:    2:05-CR-20016-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>36 months with credit for time served</u>.
*amended to:
a total term of <u>24 months with credit for time served.</u>

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:      ELIZABETH MARGARET CHILDS
SEE ATTACHED PAGE FOR ALIASES
CASE NUMBER:    2:05-CR-20016-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years.

# MANDATORY CONDITIONS (MC)

1. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not commit another federal, state, or local crime.

3. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

4. [✓]  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5. [✓]  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

6. [ ]  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

7. [ ]  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

8. [ ]  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

9. If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

10. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION (SC)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ELIZABETH MARGARET CHILDS
SEE ATTACHED PAGE FOR ALIASES
CASE NUMBER: 2:05-CR-20016-001

# SPECIAL CONDITIONS OF SUPERVISION (SP)

1. Shall not possess a firearm, destructive device, or illegal substance.

2. Shall participate in mental health treatment as directed by the U.S. Probation Office, at the defendant's cost.

3. Shall perform a minimum of 200 hours of community service during the first 24 months of supervised release.

4. At any time which the defendant does not maintain full time employment, she shall perform up to 40 hours of community service per week at the discretion of the U.S. Probation Office.

5. Shall participate in a program for gambling addiction.

DEFENDANT:      ELIZABETH MARGARET CHILDS
SEE ATTACHED PAGE FOR ALIASES
CASE NUMBER:    2:05-CR-20016-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|          | Assessment | Fine | Restitution |
|----------|------------|------|-------------|
| Totals:  | $ 100.00   | $    | $ 20,167.86 |

[ ]  The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| TOTALS:       | $ 20,167.86 | $ 20,167.86         |                        |

[ ]  Restitution amount ordered pursuant to plea agreement $ _

[ ]  The defendant must pay interest on restitution and a fine of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ]  The interest requirement is waived for the  [ ] fine  [ ] restitution.

[ ]  The interest requirement for the   [ ] fine  [ ] restitution is modified as follows:

See 'Additional Restitution Payees' page.

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: ELIZABETH MARGARET CHILDS
SEE ATTACHED PAGE FOR ALIASES
CASE NUMBER: 2:05-CR-20016-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order Or Percentage of Payment |
|---|---|---|---|
| Super 1 Foods | 389.00 | 389.00 | |
| Piggly Wiggly | 2,141.00 | 2,141.00 | |
| Cigarette's & Checks | 778.00 | 778.00 | |
| Cheap-O-Depot | 1,167.00 | 1,167.00 | |
| Abe's Grocery | 599.00 | 599.00 | |
| Misses Grocery | 1,167.00 | 1,167.00 | |
| Cigarette's & Checks | 389.00 | 389.00 | |
| LaGrange Food Mart | 489.00 | 489.00 | |
| Cade's Market | 389.00 | 389.00 | |
| Market Basket | 1,242.11 | 1,242.11 | |
| Shell | 778.00 | 778.00 | |
| Tobacco Plus #11 | 599.00 | 599.00 | |
| Tobacco Plus #20 | 599.00 | 599.00 | |
| Albertson's #2798 | 599.00 | 599.00 | |
| Cameron State Bank | 90.00 | 90.00 | |
| Brookshire Brothers | 205.52 | 205.52 | |
| Wal-Mart | 2,369.36 | 2,369.36 | |
| Jennings Travel Plaza | 100.00 | 100.00 | |
| Isle of Capri | 200.00 | 200.00 | |
| Four Deuces | 100.00 | 100.00 | |
| Rite Aid Corporation | 580.34 | 580.34 | |
| Academy Sports & Outdoors | 194.22 | 194.22 | |
| Dollar General | 560.94 | 560.94 | |
| Circuit City | 260.37 | 260.37 | |
| Home Depot | 541.58 | 541.58 | |
| Lowes | 441.48 | 441.48 | |
| K-Mart | 266.09 | 266.09 | |
| 167 Truck Stop | 100.00 | 100.00 | |
| Raceway | 30.00 | 30.00 | |
| Casa | 80.00 | 80.00 | |
| Stage | 175.87 | 175.87 | |
| Burkes Outlet | 130.31 | 130.31 | |
| Starz Casino | 50.00 | 50.00 | |
| Sears | 400.00 | 400.00 | |
| Stine Lumber | 849.56 | 849.56 | |
| Builders's Sav-Mor | 129.12 | 129.12 | |
| Lacassine Fuel | 30.00 | 30.00 | |
| Conn's | 490.18 | 490.18 | |
| All West Business Machines | 48.77 | 48.77 | |
| Sundance Casino | 100.00 | 100.00 | |
| Precision Tune | 68.36 | 68.36 | |
| Insta Lube | 161.55 | 161.55 | |
| Winn Dixie | 89.13 | 89.13 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: ELIZABETH MARGARET CHILDS
SEE ATTACHED PAGE FOR ALIASES
CASE NUMBER: 2:05-CR-20016-001

**Aliases:**
Elizabeth Childs
Christina Margaret Childs
Elizabeth Kaufman
Stephanie White
Christine Elizabeth Finn
Christine Childs Finn
Elizabeth Margaret Kaufman
Christine Finn
Beth Childs
Margaret Chiles
Liz Chiles
Nicole Childs

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:      ELIZABETH MARGARET CHILDS
SEE ATTACHED PAGE FOR ALIASES
CASE NUMBER:    2:05-CR-20016-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [✓]   Lump sum payment of $ 100.00  due immediately, balance due

    [ ] not later than __, or
    [ ] in accordance with   [ ] C,   [ ] D, or   [ ] E or  [✓] F below; or

B  [ ]  Payment to begin immediately (may be combined with   [ ] C,    [ ] D, or    [ ] F below); or

C  [ ]  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [✓] Special instructions regarding the payment of criminal monetary penalties:

    Paid in 60 equal monthly payments of $336.13, beginning thirty days after beginning supervised release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: